## Fleur De Lis Shop, Inc. et al., Appellants, *v.* Uris Five Penn Charter Corporation.

Argued May 5, 1971. Before Bell, C. J., Eagen, O'Brien, Roberts, Pomeroy and Barbieri, JJ.

*Victor Wright*, with him *Michael M. Goss, Fox, Rothschild, O'Brien & Frankel*, and *Weinstein & Bobrin*, for appellants.

*Judah I. Labovitz*, with him *Wolf, Block, Schorr & Solis-Cohen*, for appellees.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed. Costs on appellants.
Mr. Justice JONES took no part in the consideration or decision of this case.